United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Dolores Kahn  
    Debtor

Case No. 14-13462-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: dlv     Page 1 of 1     Date Rcvd: Dec 20, 2016  
                     Form ID: pdf900     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2016.  
db          +Dolores Kahn,    3332 Marion St.,    Laureldale, PA 19605-2210

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr          E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2016 02:10:07     GE Capital Retail Bank,  
          c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,    Miami, FL   33131-1605  
cr          +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 21 2016 02:27:29  
          PRA Receivables Management, LLC,    POB 41067,    NORFOLK, VA 23541-1067  
cr          E-mail/Text: bnc-quantum@quantum3group.com Dec 21 2016 02:18:14  
          Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788  
                                                                                                                                                                       TOTAL: 3

                  ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2016                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2016 at the address(es) listed below:  
          DENISE ELIZABETH CARLON    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com  
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
          JOHN A. DIGIAMBERARDINO    on behalf of Debtor Dolores Kahn jad@cdllawoffice.com, dmk@cdllawoffice.com,reb@cdllawoffice.com  
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
          THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                         TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Dolores Kahn<br>　　　　　Debtor | CHAPTER 13 |
| JPMorgan Chase Bank, N.A.<br>　　　　　Movant<br>　　vs.<br>Dolores Kahn<br>　　　　　Debtor | NO. 14-13462 REF |
| Frederick L. Reigle Esq.<br>　　　　　Trustee | 11 U.S.C. Sections 362 and 1301 |

**ORDER**

AND NOW, at Reading, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on November 2, 2016 does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

**Date: December 20, 2016**

　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

cc: See attached service list