IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  DOLORES MARIE KAHN                : Chapter 13
           debtor            : Case No.  14-13462

## ORDER

AND NOW, upon consideration of the Supplemental Application for Allowance of Compensation of John A. DiGiamberardino, Esquire, pursuant to Section 331 of the United States Bankruptcy Code, it is Ordered that the aforesaid Supplemental Application for counsel fees is approved in the amount of $977.32 and advanced costs in the amount of $22.68.

BY THE COURT:

**Date: January 4, 2017**

United States Bankruptcy Judge