# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Dolores Kahn <br>                       Debtor(s) | CHAPTER 13 |
| JPMorgan Chase Bank, N.A., its successors and/or assigns <br>                       Movant <br>      vs. <br> Dolores Kahn <br>                       Debtor(s) | NO. 14-13462 REF |
| Frederick L. Reigle Esq. <br>                       Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Notice of Mortgage Payment Change of JPMorgan Chase Bank, N.A., which was filed with the Court on or about **1/02/2018**.

                                          Respectfully submitted,

                                          **/s/ Kevin G. McDonald, Esquire**
                                          Kevin G. McDonald, Esquire
                                          KML Law Group, P.C.
                                          BNY Mellon Independence Center
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA  19106
                                          412-430-3594

June 18, 2018