Certificate Number: 15317-PAE-DE-031928245

Bankruptcy Case Number: 14-13462



15317-PAE-DE-031928245

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 19, 2018</u>, at <u>6:35</u> o'clock <u>PM PST</u>, <u>Dolores M Kahn</u> completed a course on personal financial management given <u>by telephone</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>November 19, 2018</u>          By:    <u>/s/Jane Alba</u>

                                        Name:  <u>Jane Alba</u>

                                        Title: <u>Counselor</u>