United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 14-13462-ref
Dolores Kahn                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4         User: dlv              Page 1 of 2              Date Rcvd: Dec 07, 2018
                             Form ID: 138NEW       Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 09, 2018.
```
db              +Dolores Kahn,    3332 Marion St.,    Laureldale, PA 19605-2210
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                  Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg             +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13297574         Accounts Recovery Bureau, Inc.,    POB 70256,    Philadelphia, PA 19176
13297575        +BARCLAYS BANK DELAWARE,    700 PRIDES XING,    NEWARK, DE 19713-6102
13297576        +Berks Schuylkill Respiratory Specialists,    2608 Kaiser Blvd.,    Reading, PA 19610-3333
13297577         Bornemann Health Corp.,    P.O. Box 7777-W4800,    Philadelphia, PA 19175-0001
13353871        +CERASTES, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                  SEATTLE, WA 98121-3132
13297581        +CITIBANK/SEARS,    POB 6283,    SIOUX FALLS, SD 57117-6283
13297580        +Chase Mortgage,    POB 24696,    Columbus, OH 43224-0696
13370938        +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
13541530        +JPMorgan Chase Bank, N.A.,    3415 Vision Drive,    OH4-7142,    Columbus, OH 43219-6009
13406229        +JPMorgan Chase Bank, N.A.,    Chase Records Center,    Attn: Correspondence Mail,
                  Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
13324951        +John A. DiGiamberardino, Esquire,    845 N. Park Road, Ste. 101,    Wyomissing, PA 19610-1342
13365470        +MetEd a FirstEnergy Company,    Firstenergy Corp.,    331 Newman Springs Road, Bldg. 3,
                  Red Bank, NJ 07701-5688
13297589        +Reading Health System,    POB 70894,    Philadelphia, PA 19176-5894
13310749        +TD BANK USA, N.A.,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                  SEATTLE, WA 98121-3132
13297591        +TD Bank/Target Credit,    POB 673,    Minneapolis, MN 55440-0673
13297592        +WELLS FARGO BANK,    PO BOX 14517,    DES MOINES, IA 50306-3517
13405983        +Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    1 Home Campus 3rd Floor,
                  Des Moines, IA 50328-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 08 2018 03:29:52
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 08 2018 03:30:19     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr               E-mail/PDF: gecsedi@recoverycorp.com Dec 08 2018 03:33:07     GE Capital Retail Bank,
                  c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                  Miami, FL  33131-1605
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 08 2018 03:34:12
                  PRA Receivables Management, LLC,    POB 41067,    NORFOLK, VA 23541-1067
13297578        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 08 2018 03:33:38      Cap1/Boscv,
                  POB 30253,    Salt Lake City, UT 84130-0253
13297579        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 08 2018 03:34:11      Capital One,
                  P.O. Box 30281,    Salt Lake City, UT 84130-0281
13297582        +E-mail/PDF: gecsedi@recoverycorp.com Dec 08 2018 03:34:10     GE Capital/American Eagle,
                  POB 965005,    Orlando, FL 32896-5005
13297583        +E-mail/PDF: gecsedi@recoverycorp.com Dec 08 2018 03:33:06     GE/JCPENNEY,    PO BOX 965007,
                  ORLANDO, FL 32896-5007
13297584        +E-mail/PDF: gecsedi@recoverycorp.com Dec 08 2018 03:33:39     GECRB/Lowe's,    POB 965005,
                  Orlando, FL 32896-5005
13297585         E-mail/Text: cio.bncmail@irs.gov Dec 08 2018 03:29:01     Internal Revenue Service,
                  P.O. Box 7346,    Philadelphia, PA 19101-7346
13357421         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 08 2018 03:33:08
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13297588        +E-mail/Text: bankruptcynotices@psecu.com Dec 08 2018 03:31:04      PSECU,    POB 67013,
                  Harrisburg, PA 17106-7013
13297587        +E-mail/Text: bankruptcynotices@psecu.com Dec 08 2018 03:31:04      PSECU,    1500 Elmerton Ave.,
                  Harrisburg, PA 17110-9214
13344106         E-mail/Text: bnc-quantum@quantum3group.com Dec 08 2018 03:29:08
                  Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
13306558         E-mail/PDF: rmscedi@recoverycorp.com Dec 08 2018 03:33:39
                  Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
13333614         E-mail/PDF: cbp@onemainfinancial.com Dec 08 2018 03:33:38     SPRINGLEAF FINANCIAL SERVICE,
                  PO BOX 3251,    EVANSVILLE, IN 47731-3251
13297590        +E-mail/PDF: cbp@onemainfinancial.com Dec 08 2018 03:33:38     Springleaf,    POB 64,
                  Evansville, IN 47701-0064
13399857         E-mail/PDF: gecsedi@recoverycorp.com Dec 08 2018 03:33:07     Synchrony Bank,
                  c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 18
```

```
District/off: 0313-4          User: dlv                    Page 2 of 2                  Date Rcvd: Dec 07, 2018
                              Form ID: 138NEW              Total Noticed: 41


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           Quantum3 Group LLC as agent for,   MOMA Funding LLC,    PO Box 788,   Kirkland, WA  98083-0788
13465436*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court:  Portfolio Recovery Associates, LLC,    POB 41067,
               Norfolk, VA 23541)
13754741*     Quantum3 Group LLC as agent for,   MOMA Funding LLC,    PO Box 788,   Kirkland, WA 98083-0788
13795599*     Quantum3 Group LLC as agent for,   MOMA Funding LLC,    PO Box 788,   Kirkland, WA 98083-0788
13297586    ##PFS Group,   7670 Woodway Drive, Ste. 250,   Houston, TX 77063-1519
                                                                                              TOTALS: 0, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2018                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 7, 2018 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    JPMORGAN CHASE BANK, N.A.
               bkgroup@kmllawgroup.com
              JOHN A. DIGIAMBERARDINO    on behalf of Debtor Dolores  Kahn jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
                                                                                                TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Dolores Kahn
    Debtor(s)

Bankruptcy No: 14–13462–ref
Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        400 Washington Street
        Suite 300
        Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

        For The Court
        Timothy B. McGrath
        Clerk of Court

Dated: 12/7/18

83 – 82
Form 138_new